| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Humrickhouse, Stephani W. | Bankruptcy Court - Eastern District of North Carolina | 08/22/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Bankruptcy Court (FT) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2018 to 12/31/2018 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Second Floor
300 Fayetteville Street
Raleigh, NC 27601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Campbell University School of Law, Board of Visitors |
| 2. | Board Member | North Carolina Museum of History Associates |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | FMI Corp W-2 |
| 2. | 2018 | FMI Corp 1120S K-1 |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 4/13/2018 - 4/15/2018 | Ithaca, NY | Cornell Moot Court | Lodging, Meals |
| 2. | Eastern Bankruptcy Institute | May 31, 2018 - June 2, 2018 | N. Myrtle Beach, SC | Eastern Bankruptcy Institute | Lodging |
| 3. | Federal Judicial Center | 11/1/2018 | Washington, DC | Mentor Luncheon for New Chief Judges Workshop | Travel |
| 4. | North Carolina Bar Association | 11/1/2018 - 11/2/2018 | Pinehurst, NC | Annual North Carolina Bar Bankruptcy Institute | Lodging, Meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Am. Equity Inv. Life Ins. Co. Flex. Prem. Deferred Ann | D | Interest | M | T | | | | | |
| 2. Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 3. FMI 401K | | | | | | | | | |
| 4. --R6 Eagle Small Cap Growth (Carillon) HSRUX | A | Dividend | L | T | Sold (part) | 03/01/18 | J | | |
| 5. | | | | | Sold (part) | 06/30/18 | J | | |
| 6. | | | | | Buy | 09/30/18 | K | | |
| 7. | | | | | Buy | 12/01/18 | K | | |
| 8. --Harbor Capital Appreciation Inst Div HACAX | | None | M | T | Sold (part) | 03/01/18 | J | | |
| 9. | | | | | Sold (part) | 06/01/18 | K | | |
| 10. | | | | | Buy | 09/30/18 | K | | |
| 11. | | | | | Buy | 12/01/18 | K | | |
| 12. --Hartford Int'l Opp R5 IHOTX | A | Dividend | K | T | Sold (part) | 03/01/18 | J | | |
| 13. | | | | | Sold (part) | 06/30/18 | J | | |
| 14. | | | | | Buy | 09/30/18 | J | | |
| 15. | | | | | Buy | 12/01/18 | J | | |
| 16. --John Hancock Disc. Value JDVWX | | None | L | T | Sold (part) | 03/01/18 | J | | |
| 17. | | | | | Sold (part) | 06/01/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 09/30/18 | J | | |
| 19. | | | | | Buy | 12/01/18 | K | | |
| 20.  --MFS International Value R4 MINHX | A | Dividend | K | T | Sold (part) | 03/01/18 | J | | |
| 21. | | | | | Sold (part) | 06/30/18 | J | | |
| 22. | | | | | Buy | 09/30/18 | J | | |
| 23. | | | | | Buy | 12/01/18 | J | | |
| 24.  --Metropolitan West Total Return Bond MWTRX | B | Int./Div. | K | T | Sold (part) | 06/30/18 | J | | |
| 25. | | | | | Buy | 09/30/18 | J | | |
| 26. | | | | | Sold (part) | 12/01/18 | J | | |
| 27.  --Principal Real Estate Securities Inst. PIREX | C | Dividend | K | T | Sold (part) | 03/01/18 | J | | |
| 28. | | | | | Sold (part) | 06/30/18 | J | | |
| 29. | | | | | Sold (part) | 09/30/18 | J | | |
| 30. | | | | | Buy | 12/01/18 | J | | |
| 31.  --Prudential Jennison Health Sciences PHSZX | B | Dividend | L | T | Sold (part) | 03/01/18 | J | | |
| 32. | | | | | Sold (part) | 06/30/18 | K | | |
| 33. | | | | | Sold (part) | 09/30/18 | J | | |
| 34. | | | | | Sold (part) | 12/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --TRowe Price Science and Tech/Adv PRSCX | A | Dividend | L | T | Sold (part) | 03/01/18 | J | | |
| 36. | | | | | Sold (part) | 06/30/18 | K | | |
| 37. | | | | | Buy | 09/30/18 | J | | |
| 38. | | | | | Buy | 12/01/18 | J | | |
| 39. -- Vanguard Mid Cap Index Admiral VIMAX | A | Dividend | L | T | Buy | 03/01/18 | J | | |
| 40. | | | | | Sold (part) | 06/30/18 | J | | |
| 41. | | | | | Buy | 09/30/18 | J | | |
| 42. | | | | | Buy | 12/01/18 | K | | |
| 43. --Wells Fargo Stable Return Fund N | D | Interest | O | T | Buy | 03/01/18 | K | | |
| 44. | | | | | Sold (part) | 06/30/18 | M | | |
| 45. | | | | | Sold (part) | 09/30/18 | L | | |
| 46. | | | | | Sold (part) | 12/31/18 | M | | |
| 47. --Wells Fargo/Blackrock S&P 500 Index | | Dividend | K | T | Buy | 11/1/18 | K | | |
| 48. Etrade | | | | | | | | | |
| 49. --1 Share S&P Midcap ETF (IJH) | A | Dividend | K | T | | | | | |
| 50. --1 Share S&P Small Cap ETF (IJR) | A | Dividend | K | T | | | | | |
| 51. --BTCS (Bitcoin) | | None | | | Buy | 01/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 02/09/18 | J | | |
| 53. | | | | | Sold | 10/17/18 | J | | |
| 54. --Recall Studio Inc. BTOP | | None | | | Buy | 03/16/18 | J | | |
| 55. | | | | | Sold | 11/09/18 | J | | |
| 56. --SPDR S&P Small Capital Growth ETF (SLYG) | A | Dividend | J | T | Buy | 11/09/18 | J | | |
| 57. | | | | | Buy | 12/27/18 | J | | |
| 58. | | | | | Buy | 12/28/18 | J | | |
| 59. Vanguard Brokerage Acct | | | | | | | | | |
| 60. --Vanguard S&P 500 Index ETF (VOO) | A | Dividend | L | T | Buy | 12/13/18 | J | | |
| 61. | | | | | Buy | 12/26/18 | J | | |
| 62. --Vanguard Short Term Tax Exempt VWSTX | A | Dividend | | | Sold | 11/18/18 | J | | |
| 63. --Vanguard Prime Money Mkt Fund VMMXX (checking) | A | Interest | L | T | | | | | |
| 64. --Vanguard Large Capital ETF VV | A | Dividend | L | T | Buy | 04/11/18 | J | | |
| 65. ---Capital One Bank CD | B | Interest | M | T | | | | | |
| 66. Edward Jones Joint - 1 | | | | | | | | | |
| 67. --SPDR High Yield ETF (JNK) | A | Dividend | K | T | | | | | |
| 68. --EUFN | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --EWJ | A | Dividend | J | T | | | | | |
| 70. --FBGX | | None | K | T | | | | | |
| 71. --FIEE UBS AG London BRIT | | None | J | T | | | | | |
| 72. --IEV I Shares Europe ETF | B | Dividend | L | T | | | | | |
| 73. --FIGY | A | Dividend | J | T | | | | | |
| 74. --IXN (ETF) | A | Dividend | K | T | | | | | |
| 75. --IXP | A | Dividend | J | T | | | | | |
| 76. --JP Morgan Municipal Fund (now called Morgan Stanley Money Market) | A | Interest | | | | | | | |
| 77. --LQD (ETF) | C | Dividend | | | Sold | 11/15/18 | M | | |
| 78. --MBB (ETF) | A | Dividend | K | T | | | | | |
| 79. --QQQ (ETF) | A | Dividend | L | T | | | | | |
| 80. --TFI (ETF) | A | Dividend | K | T | | | | | |
| 81. --XLG (ETF) | A | Dividend | K | T | | | | | |
| 82. --XLF (ETF) | B | Dividend | J | T | | | | | |
| 83. --XLP | A | Dividend | J | T | | | | | |
| 84. --XLV (ETF) | A | Dividend | K | T | | | | | |
| 85. --VIS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --VWO | A | Dividend | J | T | | | | | |
| 87. --Wells Fargo CD | B | Interest | L | T | Buy | 01/26/18 | L | | |
| 88. Janney, Montgomery, Scott (fka Scott&Stringfellow IRA -Managed Account | | | | | | | | | |
| 89. --BP Capital Twin MLP Fund (BPMAX) Name Change HMSFX | A | Dividend | J | T | | | | | |
| 90. --BAEIX (mutual fund) | D | Dividend | N | T | | | | | |
| 91. --Cullen High Div. Equity Classic (CHVCX) | D | Dividend | M | T | Sold (part) | 09/21/18 | M | | |
| 92. --Federated Treasury Fund (cash acct) | A | Interest | J | T | | | | | |
| 93. --Vanguard Value ETF VTV | B | Dividend | M | T | Buy | 09/21/18 | M | | |
| 94. Merrill Lynch Wealth Management - CMA #1 | | | | | | | | | |
| 95. --ALLSTATE CORP. Preferred Stock ALLPRA | A | Dividend | J | T | | | | | |
| 96. --Eli Lilly (LLY) | A | Dividend | K | T | | | | | |
| 97. --Intel (INTC) | A | Dividend | K | T | | | | | |
| 98. --Merrill Lynch (FIA Card Services) Bank Deposit Program (cash) | A | Int./Div. | J | T | | | | | |
| 99. --Nuveen Float Rate (JFR) | A | Dividend | | | Sold | 04/05/18 | J | | |
| 100. --Powershares Variable Rate (VRP) | B | Dividend | K | T | | | | | |
| 101. Merrill Lynch Wealth Management - CMA #2 | | | | | | | | | |
| 102. --Merrill Lynch Bank Deposit Program | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Wells Fargo CD | B | Interest | K | T | Buy | 02/20/18 | K | | |
| 104. --BMW Bank CD | B | Interest | K | T | Buy | 02/20/18 | K | | |
| 105. --JP Morgan Chase Preferred | C | Dividend | L | T | Buy | 09/17/18 | L | | |
| 106. --Morgan Stanley Preferred | C | Dividend | L | T | Buy | 08/27/18 | L | | |
| 107. Merrill Lynch Wealth Management - IRA | | | | | | | | | |
| 108. --Alger Spectra (ASPZX) | | None | L | T | | | | | |
| 109. --AMBFX | A | Dividend | J | T | Buy | 11/16/18 | J | | |
| 110. --Bank of America, NA, RAST (FIA Card Svc Cash (11AXX)) | A | Int./Div. | J | T | | | | | |
| 111. --BLACK ROCK CREDIT (BCX) | A | Dividend | J | T | | | | | |
| 112. --BLACK ROCK CREDIT (BTZ) | A | Dividend | | | Sold | 11/16/18 | J | | |
| 113. --CSCO | A | Dividend | J | T | Buy | 04/15/18 | J | | |
| 114. --Clearbridge Energy (CEM) | A | Dividend | | | Sold | 04/09/18 | J | | |
| 115. --Credit Suisse | | None | J | T | | | | | |
| 116. --First Eagle (SG11X) | A | Dividend | K | T | | | | | |
| 117. --Googl | | None | J | T | Buy | 02/12/18 | J | | |
| 118. --Highland Global (HCOYX) | A | Dividend | | | Sold | 02/21/18 | J | | |
| 119. --Intel INTC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --INVESCO (VVR) | A | Dividend | | | Sold | 02/14/18 | K | | |
| 121. --Johnson & Johnson | A | Dividend | | | Sold | 01/22/18 | J | A | |
| 122. --JFR-Nuveen Float | A | Interest | | | Sold | 04/05/18 | J | | |
| 123. --JP Morgan Globel GAOSK | A | Dividend | | | Buy | 04/15/18 | J | | |
| 124. | | | | | Sold | 11/19/18 | J | | |
| 125. --Morgan Stanley Emerging -(EDD) | B | Dividend | | | Sold | 11/16/18 | J | | |
| 126. --MTUM | A | Dividend | K | T | Buy | 04/15/18 | K | | |
| 127. --Oakmark Int'l OAKIX | A | Dividend | | | Buy | 04/15/18 | K | | |
| 128. | | | | | Sold | 11/19/18 | K | | |
| 129. --Oppenheimer Dev (ODVYX) | A | Dividend | J | T | | | | | |
| 130. --Oppenheimer Int'l (OIGYX) | A | Dividend | J | T | Sold (part) | 11/19/18 | J | | |
| 131. --Oppenheimer (RDIV) | B | Dividend | J | T | Buy | 11/16/18 | K | | |
| 132. --Powershares Preferred Portfolio (PGX) | A | Dividend | J | T | | | | | |
| 133. --Proctor & Gamble (PG) | A | Dividend | K | T | Buy | 02/12/18 | J | | |
| 134. --Royal Dutch Shell RDSB | A | Dividend | J | T | | | | | |
| 135. --Royal Dutch Shell RDSA | A | Dividend | J | T | | | | | |
| 136. --SPDR | | None | J | T | Buy | 02/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Whirlpool WHR | A | Dividend | | | Sold | 11/16/18 | J | | |
| 138. --XLK | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 139. --XOM | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 140. Edward Jones IRA #1 | | | | | | | | | |
| 141. --AT&T | A | Dividend | J | T | | | | | |
| 142. --Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 143. --Conoco Phillips | A | Dividend | J | T | | | | | |
| 144. --Johnson & Johnson | A | Dividend | J | T | | | | | |
| 145. --Tiffany & Co. | A | Dividend | J | T | | | | | |
| 146. Edwards Jones IRA #2 | | | | | | | | | |
| 147. --Edwards Jones Cash Account | A | Interest | J | T | | | | | |
| 148. --Tiffany & Co. | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 149. --Trust Energy Spyder ETF | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 150. --Vanguard GNMA Inv. Share | A | Dividend | | | Sold | 12/04/18 | J | | |
| 151. Edward Jones Single One | | | | | | | | | |
| 152. --Edward Jones Cash Account | A | Interest | | | | | | | |
| 153. --American Funds TAIAX | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Goldman Sachs CD | A | Interest | K | T | | | | | |
| 155. --Lincoln Life Ins. | A | Dividend | L | T | | | | | |
| 156. --Prudential Prem. Ret. Contract Annuity | C | Dividend | L | T | | | | | |
| 157. --Raleigh Durham Airport Bond | A | Interest | K | T | | | | | |
| 158. Edward Jones Single Two | | | | | Closed | 03/26/18 | K | | |
| 159. --John Hancock Bond Fund (JHBIX) | A | Dividend | | | Sold | 03/26/18 | K | | |
| 160. --Lord Abbott Short Duration (LDLFX) | A | Dividend | | | Sold | 03/26/18 | J | | |
| 161. Edward Jones Single Three | | | | | | | | | |
| 162. --Edwards Jones Cash Account (Transferred to EJ Single 4) | A | Interest | | | Closed | 03/19/18 | L | | |
| 163. | | | | | Closed | 03/26/18 | J | | |
| 164. --BellSouth Corp Bond | A | Dividend | | | Sold | 03/19/18 | J | | |
| 165. --Dallas Co. Tex Hosp Bond | A | Dividend | | | Sold | 03/19/18 | J | | |
| 166. --Dallas Tex Transit Bid American Bonds | A | Dividend | | | Sold | 03/19/18 | J | | |
| 167. --GE Cap Bond | A | Dividend | | | Sold | 03/19/18 | J | | |
| 168. --McDonald's Corp. Bond | A | Dividend | | | Sold | 03/19/18 | J | | |
| 169. --Metro Transit Auth Rev Bond | A | Dividend | | | Sold | 03/19/18 | J | | |
| 170. Edward Jones Single 4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Edward Jones Cash Account (backed by PNC Bank) | A | Interest | J | T | | | | | |
| 172. --Amazon (AMZN) | | None | K | T | Buy | 03/26/18 | J | | |
| 173. --APY | | None | J | T | Buy | 07/01/18 | J | | |
| 174. --AT&T (T) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 175. --DollarGen (DG) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 176. --Dover Corp (DOV) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 177. --Emerson Electric (EMR) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 178. --Exxon Mobile (XOM) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 179. --Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 180. | | | | | Buy | 12/20/18 | J | | |
| 181. --LINDE PLC (LIN) | A | Dividend | J | T | Buy | 10/31/18 | J | | |
| 182. --Microsoft (MSFT) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 183. | | | | | Buy | 12/03/18 | J | | |
| 184. --Praxair (PX) | A | Dividend | | | Buy | 03/26/18 | J | | |
| 185. | | | | | Sold | 10/31/18 | J | | |
| 186. --Proctor & Gamble (PG) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 187. --Target (TGT) | A | Dividend | J | T | Buy | 03/26/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Humrickhouse, Stephani W. | 08/22/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --United Tech (UTX) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 189. --Ventas (VTR) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 190. --Verizon (VZ) | A | Dividend | J | T | Buy | 03/26/18 | J | | |
| 191. --Invesco XSLV | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 192. --Invesco XMLV | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 193. --Ishares DGRO | A | Dividend | K | T | Buy | 03/29/18 | K | | |
| 194. --Ishares ITA | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 195. --Ishares IBB | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 196. --Spyder XLP | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 197. --Spyder XLU | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 198. --Vanguard VFH | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 199. Durham Arvin Partnership | | None | L | W | | | | | |
| 200. FMI Corp. Stock | G | Distribution | N | U | | | | | |
| 201. Nationwide Whole Life Insurance | | None | J | T | | | | | |
| 202. North State Bank Acct | A | Interest | J | T | | | | | |
| 203. Bank of America Bank Account | A | Interest | J | T | | | | | |
| 204. Equitable Life Insurance (Cash value) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  --Charter Small Cap Value | A | Dividend | J | | | | | | |
| 206.  --Eq / 500 Managed Volatility | A | Dividend | J | | | | | | |
| 207.  --Eq / Commom Stock Index | A | Dividend | J | | | | | | |
| 208.  --Eq / Large Cap Value Managed Volatility | A | Dividend | J | | | | | | |
| 209.  --Guaranteed Interest Acct. | A | Interest | K | | | | | | |
| 210.  --Multimanager Mid-Cap Growth | A | Dividend | J | | | | | | |
| 211.  Alpine 4 Technologies Ltd | A | Dividend | J | T | | | | | |
| 212.  AXA Advisors | | | | | | | | | |
| 213.  --JP Morgan CD 48128FAXO | A | Interest | L | T | Buy | 05/29/18 | L | | |
| 214.  --JP Morgan CD 48126Y7K3 | A | Interest | K | T | Buy | 05/29/18 | K | | |
| 215.  --JP Morgan CD 48126Y7L1 | A | Interest | K | T | Buy | 05/29/18 | K | | |
| 216.  --JP Morgan CD 48126Y7N7 | A | Interest | K | T | Buy | 05/29/18 | K | | |
| 217.  --JP Morgan CD - Contingent Yield (8/30/19) | A | Interest | K | T | Buy | 05/29/18 | K | | |
| 218.  --JP Morgan CD - Contingent Yield (10/31/19) | A | Interest | K | T | Buy | 07/26/18 | K | | |
| 219. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII

Line 66 - All holdings in Fisher/Morgan Stanley Man. Inv. Acct transferred into new Edward Jones Joint - 1 Acct. on January 31, 2018. No sales of stock, just transfers.

Line 76 - Funds in money market converted to cash and used for purchases in Edward Jones accounts.

Line 102 - Cash transferred into account from personal savings.

Line 152 - Cash transferred from Edward Jones Single One account into Edward Jones Single Four account.

Line 158 - All assets, except John Hancock Bond Fund (JHBIX) and Lord Abbott Short Duration (LDLFX), transferred to Edward Jones Single Four. JHBIX and LDLFX sold while held in Edward Jones Single One.

Line 162 - See explanation for Line 158, above.

Lines 102, 142, 147, 152, 162 and 171 - These are cash accounts kept with the respective investment venders. The cash is the result of the sale of stocks, bonds, etc. without immediate reinvestment for the purchase of other stocks, bonds, etc. Line 102 is a cash account with Merrill Lynch entitled "Merrill Lynch Bank Deposit Program." Lines 142, 147, 152, 162, and 171 represent cash accounts held within Edward Jones for each separate investment. There are no other financial institutions involved, except that the Edward Jones cash account on Line 171 is backed by PNC Bank.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stephani W. Humrickhouse**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544